In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-18-00388-CR
_____

**BELTER RONALDO ARENAS-PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 18-08-10910-CR**

**MEMORANDUM OPINION**

On September 19, 2018, the trial court sentenced Belter Ronaldo Arenas-Peralta on a conviction for aggravated robbery. On October 8, 2018, Arenas-Peralta filed a notice of appeal. The trial court's certification reflects that the case is a plea-bargain case and that the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk provided this Court with the trial court's certification, which shows Arenas-Peralta has no right to appeal. On October 9, 2018, we notified the parties that we would dismiss the appeal unless Arenas-Peralta established

1

grounds for continuing his appeal. He did not respond to our request. Because the trial court's certification shows that Arenas-Peralta does not have the right of appeal, we must dismiss his appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, the appeal is dismissed.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on November 13, 2018
Opinion Delivered November 14, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.